IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02645-WJM-MJW

INTERNATIONAL PAPER COMPANY,

    Plaintiffs,

v.

SHAWN ROWLAND,

    Defendant.

**ORDER REGARDING DEFENDANT'S MOTION TO STAY DISCOVERY**
**(DOCKET NO. 22)**

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on the Defendant's Motion to Stay Discovery (docket no. 22). The court has reviewed the subject motion (docket no. 22) and the response (docket no. 30). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDING OF FACT AND CONCLUSIONS OF LAW**

Defendant requests that this court enter a stay pending decision by Judge William J. Martinez on Defendant's Motion to Dismiss, Transfer or Stay and Incorporated Memorandum of Law (docket no. 5). In support of the subject motion (docket no. 22), the Defendant, *in essence*, argues that a stay will serve the interests of

2

judicial efficiency and economy.

Here, the court finds that Defendant has failed to demonstrate any real hardship or inequity if a stay is not granted. <u>Ben Ezra, Weinstein, & Co. v. America Online Inc.</u>, 206 F.3d 980, 987 (10th Cir. 2000). The companion Georgia action does not reference an claim regarding trade secrets and Plaintiff is not seeking to enjoin Defendant for working for his current employer in the position that he is reporting working in. Thus, Defendant's contention that the discovery efforts would be duplicative is incorrect. In this case, discovery will need to be conducted regardless of whether Judge Martinez grants or denies the Defendant's Motion to Dismiss, Transfer or Stay and Incorporated Memorandum of Law (docket no. 5). Accordingly, in this court's discretion and in the interest of justice pursuant to <u>S.E.C. v. Nacchio</u>, 2005 WL 1799372 (D. Colo. July 28, 2005), the Defendant's Motion to Stay Discovery (docket no. 22) should be denied.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

1. That the Defendant's Motion to Stay Discovery (docket no. 22) is **DENIED**.
2. That each party shall pay their own attorney fees and costs.

Done this 21st day of March 2011.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge