IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02645-WJM-MJW

INTERNATIONAL PAPER COMPANY d/b/a xpedx, a New York Corporation,

Plaintiff(s),

v.

SHAWN ROWLAND,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Limited Stay of Discovery (docket no. **34**) is GRANTED finding good cause shown.  All Discovery is STAYED until June 30, 2011, except the parties may engage in the limited discovery as outlined in the subject motion (docket no. 34).  That on or before June 30, 2011, the parties shall either file a Notice of Settlement or Status Report.

Date:   June 06, 2011