IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02645-WJM-MJW

INTERNATIONAL PAPER COMPANY d/b/a xpedx, a New York Corporation,

Plaintiff(s),

v.

SHAWN ROWLAND,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 37) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 37-1) is APPROVED as amended in paragraph 15 and made an Order of Court.

Date:   June 15, 2011