IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02645-WJM-MJW

INTERNATIONAL PAPER COMPANY d/b/a xpedx, a New York Corporation,

Plaintiff(s),

v.

SHAWN ROWLAND,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Continue Limited Stay of Discovery, DN 43, filed with the Court on July 7, 2011, is GRANTED and a LIMITED STAY is entered in this case for the limited purpose of permitting the parties additional time up to and including July 15, 2011 to continue with limited discovery and settlement discussions in hopes of resolving this matter.

Date:   July 11, 2011