**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02645-WJM-MJW

INTERNATIONAL PAPER COMPANY d/b/a xpedx, a New York Corporation,

    Plaintiff,

v.

SHAWN ROWLAND,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the parties' Stipulated Motion to Dismiss filed September 29, 2011 (ECF No. 52).  The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 4th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge

1